**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| TRAVIS NOLAN | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.   18 cv 01940 |
| | ) | |
| DEVILLE ASSET MANAGEMENT, LTD. | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION TO WITHDRAW

NOW COMES the Defendant, Deville Asset Management, LLC, by the undersigned counsel, Phillip W. Rehani, and moves this Court to withdraw the appearance of Phillip W. Rehani as counsel for the Defendant pursuant to Local Rule 83.17. In support of this Motion, the undersigned states as follows:

1. On June 29, 2019 and July 16, 2018, Attorneys Kevin C. Rasp and Phillip W. Rehani of O'Hagan Meyer, LLC filed appearances on behalf of Defendant, Deville Asset Management, Ltd., to defend a Complaint filed by Plaintiff, Travis Nolan for alleged violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692. (See Dkt. Nos. 1, 9, and 14).

2. Attorney Phillip W. Rehani has secured new employment and will no longer be employed at O'Hagan Meyer, LLC as of July 26, 2018.

3. Attorney Kevin C. Rasp will remain as lead trial attorney on behalf of Defendant, Deville Asset Management, Ltd.

WHEREFORE, Defendant, Deville Asset Management, LLC, by counsel, respectfully requests this Court to grant leave to withdraw Attorney Phillip W. Rehani as counsel for the Defendant, along with any other relief this Court deems reasonable and just.

Dated: <u>July 26, 2018</u>

By: <u>  /s/ Phillip W. Rehani    </u><br>
Counsel for Defendant

Kevin C. Rasp (ARDC No. 6297481)
Phillip W. Rehani (ARDC No. 6309981)
O'Hagan Meyer, LLC
One East Wacker Drive, Suite 3400
Chicago Illinois 60601
T - 312.422.6100
F - 312.422.6110
krasp@ohaganmeyer.com
prehani@ohaganmeyer.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that, on July 26, 2018, I filed the foregoing with the Court using the Clerk of Court's CM/ECF system, which will send electronic notice to all counsel of record:

<u>Attorneys For Plaintiff</u>
Celetha Chatman
Community Lawyers Group, Ltd.
73 W. Monroe Street, Suite 514
Chicago, IL 60603
(312) 757-1880

                                        */s/ Phillip W. Rehani*
                                        Attorney for DeVille Asset Management, Ltd.