**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | | |
|---|---|---|---|
| TRAVIS NOLAN | ) | | |
| | ) | | |
| Plaintiff, | ) | | |
| | ) | | |
| v. | ) | No. | 18 cv 01940 |
| | ) | | |
| DEVILLE ASSET MANAGEMENT, LTD. | ) | | |
| | ) | | |
| Defendant. | ) | | |

**PROOF OF SERVICE BY CERTIFICATION**

The undersigned certifies that the following documents were served via electronic mail to the addressees identified below on **September 10, 2018**:

1. Defendant's Disclosure Pursuant to Mandatory Initial Discovery Pilot Project

2. Proof of Service by Certification

Michael Wood
Celetha Chatman
Community Lawyers Group, Ltd.
73 W. Monroe Street, Suite 514
Chicago, IL 60603
(312) 757-1880

/s/ Kevin C. Rasp
Kevin C. Rasp  (ARDN No. 6297481)
O'HAGAN MEYER LLC
One East Wacker Drive
Suite 3400
Chicago, Illinois 60601
(312) 422-6100
(312) 422-6110
krasp@ohaganmeyer.com

Attorney for DeVille Asset Management