# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Travis Nolan

                              Plaintiff,

v.                                                                  Case No.: 1:18–cv–01940
                                                                           Honorable Manish S. Shah

Deville Asset Management, Ltd.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, November 8, 2018:

      MINUTE entry before the Honorable Manish S. Shah: Status hearing held. Motion by Defendant Deville Asset Management, Ltd. to stay proceedings [20] is granted. This case is now stayed. A status hearing is set for 5/14/19 at 9:30 a.m. Notices mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.